UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ELIJAH BROWN,

                Movant,

      -against-

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022

22-cv-6597 (LAK)
(16-cr-212 (LAK))

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall answer the motion for relief pursuant to 28 U.S.C. § 2255 on or before September 8, 2022. Any reply on behalf of movant shall be served and filed no later than September 15, 2022.

        SO ORDERED.

Dated:      August 4, 2022

                                          /s/ Lewis A. Kaplan (mab)
                                              Lewis A. Kaplan
                                          United States District Judge